IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD A. WEBER,

    Plaintiff,

v.                                       CASE NO. 1:06-cv-00057-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Monday, January 14, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

After a hearing on May 28, 2004, the Administrative Law Judge ("ALJ") found that there had been medical improvement related to Plaintiff's ability to work. Because Plaintiff's limitations did not preclude him from performing his past relevant work as a security guard, or other jobs existing in the national economy, the ALJ concluded that Plaintiff was not disabled under the Social Security Act. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997).

The Court agrees with the Magistrate that the objective medical evidence supports the ALJ's finding that Plaintiff had medical improvement, and that because of this improvement Plaintiff is not disabled.  The expert testimony and medical evidence provided the Administrative Law Judge with ample evidence to conclude that Plaintiff could perform his past relevant work, as well as other work existing in significant numbers in the national economy, and that he was therefore not disabled under the Social Security Act.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 12, is adopted and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *14th* day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge